```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

YESILADA KREDI VE YATIRIM,            )
                                      )
            Plaintiff,                )         8:05CV01
                                      )
       v.                             )
                                      )
THOMAS C. WHITMORE,                   )         ORDER
                                      )
            Defendant.                )
                                      )

    IT IS ORDERED:

    1.  The prior order setting case on an accelerated schedule, filing 5, is withdrawn.

    2.  The clerk shall send the normal scheduling letter to counsel forthwith.

    DATED this 16th day of May, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge