IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YESILADA KREDI VE YATIRIM, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv01 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS C. WHITMORE, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by June 6, 2005, file their Report of Parties' Planning Conference.

DATED May 17, 2005.

/s/ *David L. Piester*

United States Magistrate Judge