IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YESILADA KREDI VE YATIRIM, LTD., | ) ) ) 8:05CV1 |
| Plaintiff, | ) ) |
| v. | ) ) ORDER |
| THOMAS C. WHITMORE, | ) ) |
| Defendant. | ) |

IT IS ORDERED:

Defendant's motion, filing 33, for leave to file third party complaint is granted and the third party complaint shall be filed forthwith.

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge