```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| YESILADA KREDI VE YATIRIM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV01 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS C. WHITMORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The "Response of Defendant to the Order Setting Schedule for Progression of Case", filing 62, construed as a motion for change of place of trial is granted and,

1. Jury trial of this matter is rescheduled to 9:00 a.m., July 10, 2006 for a duration of seven days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Nelson v. Dunning, 8:04cv596, and Hill v. Emergency Dental, 8:04cv613. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held June 27, 2006 at 11:00 a.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

3. The deposition deadline is continued to June 13, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge