IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YESILADA KREDI VE YATIRIM, | ) |
| Plaintiff, | ) 8:05cv1 |
| v. | ) |
| THOMAS C. WHITMORE, | ) ORDER |
| Defendant. | ) |

The Clerk's Office has requested that Document Number 77 be stricken from the record for the following reason(s):

- Document filed in error.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 77 from the record.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge