IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YESILADA KREDI VE YATIRIM LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOMAS C. WHITMORE, ) <br> ) <br> Defendant and Third ) <br> Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DON DESORBO, AND CARIB CAY ) <br> VENTURES, LTD., ) <br> ) <br> Defendants. ) | CASE NO.: 8:05CV1 <br><br><br> **ORDER FOR DISMISSAL** <br> **WITHOUT PREJUDICE** |

Having received the plaintiff's notice of dismissal (Filing No. 83), the court finds the third party defendants should be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that Don Desorbo and Carib Cay Ventures, Ltd., are dismissed without prejudice, and each party shall pay his or its own attorney fees and costs. This dismissal now resolves the entire case.

Dated this 11th day of May, 2006.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)